# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cassie Peters, Jr.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>State of Arizona, *et al.*,<br><br>　　　　　Defendants. | No. CV-23-02691-PHX-JJT<br><br>**ORDER** |

Upon review of the parties' Stipulation for Dismissal (Doc. 40), and good cause appearing,

**IT IS ORDERED** granting the Stipulation (Doc. 40). The above-entitled matter is hereby dismissed without prejudice, the parties to bear their own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that all pending deadlines and hearings are vacated.

**IT IS FURTHER ORDERED** directing the Clerk to close this matter.

Dated this 31st day of January, 2025.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable John J. Tuchi
　　　　　　　　　　　　　　　　　　　United States District Judge